

FILED

JAN 3 0 2024

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

v.

)
)
)
)
)
)

NO. **2:24 CV 13**
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, **Christina G. Potter**, declare that I am the:

[X]   plaintiff/petitioner

[ ]   defendant/respondent

[ ]   Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)          YEAR OF BIRTH

Christina    Gail    Potter          1991

SOCIAL SECURITY NUMBER (last 4 digits only)       PHONE NOS.

4351                  616-606-0668

HOME ADDRESS:

Rent                 5 y

OWN OR RENT?        HOW LONG AT CURRENT ADDRESS?

Single

MARITAL STATUS:

SSI – 1618 old Tusculum Rd Greeneville TN 37745

NAME AND ADDRESS OF CURRENT EMPLOYER:

800-772-1213

TELEPHONE NUMBER OF EMPLOYER:

11 years

HOW LONG AT CURRENT EMPLOYMENT?

Disabled

OCCUPATION (Describe what you do):

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: 10, 800 est          NET: 900 est

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

N/A

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Case 2:24-cv-00013-DCLC-CRW    Document 1    Filed 01/30/24    Page 2 of 10    PageID #: 2

# HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?     [ ] Yes     [X] No

If YES, state the source and amount:

Rent payments, interest, or dividends?     [ ] Yes     [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?     [ ] Yes     [X] No

If YES, state the source and amount:

Gifts or inheritance?     [ ] Yes     [X] No

If YES, state the source and amount:

Any other source?     [ ] Yes     [X] No

If YES, state the source and amount:

N/A

Page 3 of 10

Case 2:24-cv-00013-DCLC-CRW     Document 1     Filed 01/30/24     Page 3 of 10     PageID #: 3

## ASSETS:

### LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                                       $ 0

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)         $ 0
(Do NOT include account numbers)

Greeneville Fed Bank

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)          $ 5
(Do NOT include account numbers)

Navy Fedral credit union

STOCKS AND BONDS                                                   $ 0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

N/A                                                            $

                                                               $

                                                               $

TOTAL REAL ESTATE                              $ )

Case 2:24-cv-00013-DCLC-CRW    Document 1    Filed 01/30/24    Page 4 of 10    PageID #: 4

## VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

*N/A*        $_____

_____        $_____

_____        $_____

**TOTAL PERSONAL PROPERTY**    $_____

## MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| 2012 Traverse | (495D2) | $ 2,500 |
| 2004 Calarado | (284 BLLR) | $ 500 |
| | | $_____ |

**TOTAL VALUE OF MOTOR VEHICLES**    $ 3,000

## DEBTS OWED TO YOU (Give Name of Debtor)

*N/A*        $_____

_____        $_____

_____        $_____

**TOTAL DEBTS OWED TO YOU**    $_____

## OTHER ASSETS (ITEMIZE)

*N/A*        $_____

_____        $_____

_____        $_____

**TOTAL OTHER ASSETS**    $_____

**TOTAL OFF ALL ASSETS:** $ 3,000

Page 5 of 10

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

N/A      $ _____

_____      $ _____

_____      $ _____

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ |
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 550 |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____      $ _____

_____      $ _____

     $ _____

**TOTAL LIABILITIES**    $ 550

Page 6 of 10

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [X] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 100 | $ |
| ELECTRICITY | $ 200 | $ |
| WATER | $ 45 | $ |
| GAS | $ — | $ |
| TELEPHONE | $ — | $ |
| FOOD | $ 100 | $ |
| ALIMONY | $ — | $ |
| CHILD SUPPORT | $ — | $ |
| CHILD CARE | $ — | $ |
| SCHOOL EXPENSES | $ — | $ |
| AUTOMOBILE NOTE | $ — | $ |
| AUTOMOBILE INSURANCE | $ 200 | $ |
| AUTOMOBILE REPAIRS | $ — | $ |
| GASOLINE | $ 40 | $ |
| FURNITURE NOTE | $ — | $ |
| CLOTHING | $ — | $ |
| CABLE TELEVISION | $ — | $ |
| LIFE INSURANCE | $ — | $ |
| HOSPITALIZATION INSURANCE | $ — | $ |
| DOCTORS | $ — | $ |
| DRUGS | $ 10 | $ |
| CREDIT CARDS | $ 200 | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ — | $ |
| TAXES | $ — | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

**TOTAL EXPENSES** $ 895

Case 2:24-cv-00013-DCLC-CRW    Document 1    Filed 01/30/24    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)                    YEAR OF BIRTH

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)          PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

      Salary or Wages                    $_____

      Commissions                        $_____

      All other sources (Pensions; Soc.Sec.;
      Rent; Interest; Dividends; Alimony, etc.)    $_____

         **TOTAL:**                    $_____

Case 2:24-cv-00013-DCLC-CRW    Document 1    Filed 01/30/24    Page 8 of 10    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                  Age:              Relationship:          Living
                                                                 With Whom?

N/A

_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)            $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                     $_____

## <u>AFFIDAVIT</u>

I hereby certify that the above statement is true and that it is a complete statement of all

my income and assets, real and personal, whether held in my name or by any other, under

penalty of perjury.

1/30/24
_____
**DATE**

Christopher Pitt
_____
**SIGNATURE**

Created:        January 31, 2007
IPF Application.wpd

Case 2:24-cv-00013-DCLC-CRW        Document 1        Filed 01/30/24        Page 10 of 10
PageID #: 10